Black *v.* Black.

CLAYTON A. BLACK

*v.*

CARRIE E. BLACK.

*Mr. Garrit S. Cannon* and *Mr. James Wilson,* for appellant.

*Mr. S. D. Dillaye,* for respondent.

PER CURIAM.

No written opinion was delivered.   The decree of the vice-chancellor, *3 Stew. 215,* was reversed, excepting as to the amount due on the $1,000 note.

For reversal—BEASLEY, C. J., DEPUE, DIXON, DODD,. GREEN, LILLY, WOODHULL—7.

For affirmance—REED, VAN SYCKEL—2.